UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 4:09-CR-37 |
| | ) | |
| ROGER D. RITCH | ) | |

**O R D E R**

On September 21, 2009, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant Roger D. Ritch's ("Defendant") plea of guilty to Counts One and Four of the Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in Counts One and Four of the Indictment; and (c) Defendant shall remain on bond pending sentencing in this matter (Doc. 62). Neither party filed an objection within the given ten days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Counts One and Four of the Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and Four of the Indictment;

(3) Defendant **SHALL REMAIN ON BOND** pending sentencing on **Monday, January 4, 2010, at 1:00 pm**.

**SO ORDERED.**

**ENTER:**

                                    */s/Harry S. Mattice, Jr.*
                                  HARRY S. MATTICE, JR.
                            UNITED STATES DISTRICT JUDGE